No. 7,126.—DAN J. McINNES, Plaintiff and Respondent, *v.* O. B. STEWART et al., Defendants and Appellants.

Decided February 23, 1933.

PER CURIAM.—Respondent's motion to dismiss the appeal herein on the alleged grounds that the appellants had failed to prepare their transcript on appeal within sixty days after its perfection, or at all, that the surety on the undertaking on

appeal has become insolvent and that there has been no compliance with Rule V of the Rules of this court, is sustained and the appeal is ordered dismissed.

*Mr. N. A. Rotering,* for Respondent.